# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AKILAH YOUNG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZAPPOS.COM, INC., et al.,<br><br>Defendants. | 2:08-CV-741 JCM (PAL)<br><br>Date:   N/A<br>Time:   N/A |

## ORDER

Presently before the court is defendant Zappos.com, Inc.'s motion to direct entry of judgment (Doc. #116) pursuant to Federal Rule of Civil Procedure 58(a).

Pursuant to the court's order granting defendant Zappos.com, Inc.'s motion for summary judgment entered on April 19, 2010 (Doc. #114), judgment is hereby entered in favor of defendant Zappos.com, Inc.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Zappos.com, Inc.'s motion to direct entry of judgment (Doc. #116), be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the clerk enter judgment in favor of defendant Zappos.com, Inc.

DATED this 15th day of June, 2010.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**