# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AKILAH YOUNG,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ZAPPOS.COM, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:08-cv-00741-JCM-PAL<br><br>**ORDER**<br><br>(Plaintiff's Mot. for Sanctions - Dkt. #124) |

　　　　Before the court is Plaintiff's Motion for Sanctions (Dkt. #124) filed June 7, 2010. Defendant filed an opposition (Dkt. #132) June 24, 2010. On June 14, 2010, the District Judge entered an order (Dkt. #125) dismissing Defendants Jacqueline Marsh and Rachel Knight, and directing the clerk to close this case. The District Judge entered an order (Dkt. #127) June 15, 2010 granting Defendant's Motion for Judgment to Direct Entry of the Judgment in favor of Zappos.com against the Plaintiff. The clerk's judgment was entered in favor of Defendant Zappos.com and against the Plaintiff (Dkt. #126). Plaintiff attempted to appeal the District Judge's order granting Defendant Zappos.com's Motion for Summary Judgment. See Notice of Appeal, Dkt. #117. On June 23, 2010, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal for lack of jurisdiction. See Order, Dkt. #130. As all of the claims against all of the Defendants have been dismissed and judgment has been entered in favor of Defendants and against the Plaintiff,

　　　　**IT IS ORDERED** Plaintiff's Motion for Sanctions (Dkt. #124) is **DENIED.**

　　　　Dated this 12th day of July, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE