**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AKILAH YOUNG, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ZAPPOS.COM, INC., et al.,<br><br>　　　　　Defendants. | 2:08-CV-741 JCM (PAL)<br><br>Date:　　N/A<br>Time:　　N/A |

**ORDER**

Presently before this court is plaintiff Akilah Young's motion to redact her social security number. (Doc. #129)

Plaintiff's social security number is found on the Nevada DETR form on page twenty-five of plaintiff's amended opposition to defendant's motion for summary judgment. (Doc. #106). Plaintiff wishes to have the number redacted, but this court finds it more appropriate to seal the amended opposition.

Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Akilah Young's
2 motion to redact her social security number (Doc #129) be DENIED. The clerk of the court is hereby
3 ordered to seal plaintiff's amended opposition to defendant's motion for summary judgment (Doc.
4 #106).

5    DATED this 28th day of July, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -